# United States Court of Appeals
# for the Fifth Circuit

United States Court of Appeals
Fifth Circuit
**FILED**
November 29, 2023
Lyle W. Cayce
Clerk

No. 23-30075
Summary Calendar
_____

UNITED STATES OF AMERICA,

*Plaintiff—Appellee,*

versus

CHANCE JOSEPH SENECA,

*Defendant—Appellant.*
_____

Appeal from the United States District Court
for the Western District of Louisiana
USDC No. 6:21-CR-43-1
_____

Before BARKSDALE, GRAVES, and OLDHAM, *Circuit Judges.*

JUDGMENT

This cause was considered on the record on appeal and the briefs on file.

IT IS ORDERED and ADJUDGED that the judgment of the District Court is AFFIRMED.